### GRANT v. THE STATE.

ATKINSON, J. No complaint is made of any error of law committed at the trial. The evidence was sufficient to support the verdict, and there was no error in refusing the defendant's motion for a new trial.

*Judgment affirmed. All the Justices concur.*

No. 6399. APRIL 16, 1928.

Murder. Before Judge Moore. Fulton superior court. October 29, 1927.

*Scott & Hornbuckle,* for plaintiff in error.

*George M. Napier, attorney-general, John A. Boykin, solicitor-general, T. R. Gress, assistant attorney-general, J. W. LeCraw,* and *E. L. Stephens,* contra.